**In the Matter of Jeremiah E. HOLLAND (RAFFERTY).**

**No. 99-06 M.P..**

Supreme Court of Rhode Island.

Jan. 15, 1999.

## ORDER

On January 7, 1999, this Court suspended the Respondent, Jeremiah E. Holland, from the practice of law for failure to respond to a complaint filed with the Supreme Court Disciplinary Board. On January 15, 1999, Disciplinary Counsel filed a stipulation with this Court informing us that the respondent had submitted his answer to the complaint.

Accordingly, the Respondent, Jeremiah E. Holland, is hereby reinstated to the practice of law in this State.